### C. R. CRAWFORD v. THE STATE.

No. 9091. Delivered May 20, 1925.

**Driving Auto Intoxicated—Affirmed.**

No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the Criminal District Court No. 2 of Dallas County. Tried below before the Hon. Chas. A. Pippen, Judge.

Appeal from a conviction of driving an automobile upon the streets of an incorporated city while intoxicated; penalty, ninety days in the county jail.

No brief filed by appellant.

*Shelby S. Cox,* District Attorney, *Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the driving of an automobile upon the streets of an incorporated city while under the influence of intoxicating liquor; punishment fixed at confinement in the county jail for a period of ninety days.

The indictment is not dissimilar from that in Scoggins v. State, 266 S. W. Rep. 513.

The facts are not before this court; neither are the complaints of the rulings of the trial court brought forward by bills of exception. We have not perceived or been referred to anything which demands or authorizes a reversal of the judgment. It is therefore affirmed.

*Affirmed.*